# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

June 16, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Crespo v. Sackman Enterprises, Inc. Et al*
      Civil Case No.:  22-cv-02146 (KPF)(OTW)

Dear Judge Failla:

This joint letter is submitted on behalf of Plaintiff and Defendants in the above-captioned action.  The parties submit this letter to request the Court adopt the below proposed schedule for filing of an amended complaint and response to that pleading.  We note that a mediation session was held on May 17, 2022, through the SDNY's mediation program. Although, unfortunately, the matter was not resolved, the Parties continue to engage in informal settlement discussions.  Pursuant to Rule 15(a)(2), Defendants hereby consent to the filing of an amended complaint.  The parties propose that Plaintiff shall file said pleading on or before August 31, 2022.  Defendants shall file a response to the amended complaint on or before September 28, 2022.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*Brian J. Shenker*

Brian J. Shenker

cc:   Counsel of Record (via ECF)

4872-7010-6404, v. 1

---

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:   June 17, 2022
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE