# GETMAN, SWEENEY & DUNN, PLLC

Getman, Sweeney & Dunn, PLLC
Attorneys at Law
260 Fair Street
Kingston, N.Y. 12401
845-255-9370
fax 845-255-8649

November 14, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  *Crespo et al. v. Sackman Enterprises, Inc. et al.,* 22-cv-02146 (KPF)(OTW)

Dear Judge Failla:

We represent the Plaintiffs in the above-captioned action. Parties submitted this joint letter, requesting that the Pre-trial Conference originally scheduled for tomorrow (November 15, 2022) at 3 PM be postponed at least two weeks to facilitate the ongoing mediation and settlement discussions.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*/s/ Karen Kithan Yau*

Karen Kithan Yau

cc:   Counsel of Record (via ECF)

Application GRANTED. The initial pretrial conference scheduled to take place on November 15, 2022, is hereby **ADJOURNED to December 13, 2022, at 12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 42.

Dated:     November 14, 2022          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE