```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
SANTIAGO CRESPO, ESTATE OF
ALEXANDER NAVARRO                                                      Index No. 22-cv-2146 (KPF)(OTW)

                        Plaintiffs,

        -against-

SACKMAN ENTERPRISES, INC.,
VALSAC 906 LLC, VALSAC 908 LLC,
COOPER STREET LLC, LIBERTY REGIONAL
CENTER LLC, 208/210 REALTY CO. LLC,
212/214 REALTY CO. LLC, KIWI REALTY LLC,
and BECKHAM REALTY LLC,
and any other related individuals and/or entities,

                        Defendants.
------------------------------------------------------------------X
```



MEMO ENDORSED

## MOTION FOR SUBSTITUTION OF PARTY UNDER FRCP 25(a)(1)

Counsel for Plaintiff Estate of Alexander Navarro in the above-referenced action, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and the Court's Order (Dkt. 55), respectfully requested that "Dayanara Navarro, Administrator of the Estate of Alexander Navarro" be substituted in place of "Estate of Alexander Navarro" as a Plaintiff in this action, so that Decedent Alexander Navarro's claims may survive, and the action on his behalf may proceed.

Mr. Alexander Navarro's Death Certificate is attached as Exhibit A. Dayanara Navarro was appointed administrator of the Estate of Alexander Navarro on March 23, 2023, as evidenced by the Letter of Administration attached as Exhibit B.

Dated:  April 20, 2023                          Respectfully submitted,

                                                GETMAN, SWEENEY & DUNN, PLLC

1

*/s/ Karen Kithan Yau*
Karen Kithan Yau
260 Fair Street
Kingston, NY 12401
Tel: (845) 255-9370
Fax: (845) 255-8649
Email: kyau@getmansweeney.com

Application GRANTED.

The Clerk of Court is directed to update the caption in this case, substituting "Dayanara Navarro, Administrator of the Estate of Alexander Navarro" for "Estate of Alexander Navarro."

The Clerk of Court is directed to terminate the pending motion at docket entry 58.

Dated:     April 21, 2023                SO ORDERED.
           New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE