# GETMAN, SWEENEY & DUNN, PLLC

Getman, Sweeney & Dunn, PLLC
Attorneys at Law
260 Fair Street
Kingston, N.Y. 12401
845-255-9370
fax 845-255-8649

July 28, 2023

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Crespo et al. v. Sackman Enterprises, Inc. et al., 22-cv-02146 (KPF)(OTW)</u>

Dear Judge Failla:

We represent the Plaintiffs in the above-captioned action. We write to give the Court an update about the mediation that took place on July 13, 2023. Furthermore, Plaintiffs request that the Court enforce the Term Sheet ("Term Sheet") that resulted from the mediation against Sackman Enterprises, Inc. et al. ("Sackman").

As scheduled, on July 13, 2023, the Parties participated in a mediation facilitated by Hon. Henry Pitman. Plaintiffs, Sackman's representatives, as well as their counsel were present. After over 5 hours of mediation, the negotiations resulted in a Term Sheet that was signed by counsel on behalf of the respective parties (see enclosed).

The Term Sheet includes all of the materials terms, including the amount of monetary recovery that the Plaintiffs would receive in exchange for their releases of all claims against Sackman in the above-captioned proceedings as well as Plaintiff Crespo's withdrawal of his complaint of disability discrimination from the Equal Employment Opportunity Commission. The Term Sheet specifically states that it "constitutes an enforceable agreement. . .[the Court] retains jurisdiction to enforce the terms."

Specifically, the Term Sheet requires that Sackman provide the Estate of Alexander Narravo a draft settlement agreement by Friday July 21, 2023. Sackman has failed to do so.

Prior to its failure to provide the Navarro Estate a draft settlement agreement last Friday, Sackman's counsel contacted the undersigned and stated that his client intended to demand restitution for alleged damages to the apartment that the Navarros had vacated on July 18, 2023.[1]

---

[1] In a separate housing court proceeding, Sackman obtained a warrant for Navarros' eviction from the apartment, which was scheduled to have been executed on July 18, 2023.

The Term Sheet makes no reference to the apartment that Navarros were about to vacate and does not put any conditions on how that apartment would be vacated. Nevertheless, the undersigned has requested from Sackman's counsel an estimate of the costs of repairs of the alleged damages to the apartment. As of today, the undersigned has not received any information despite vague promises.

Furthermore, although Sackman provided Plaintiff Crespo a draft settlement agreement in accordance with in the Term Sheet by Friday July 14, 2023, since then Sackman has declined to finalize negotiation and execute the Settlement Agreement and has provided no reason.

We request that the Court enforces the Term Sheet for both Plaintiffs and thank the Court for its assistance.

Respectfully submitted,

*/s/ Karen Kithan Yau*

Karen Kithan Yau


Enclosure

cc: Counsel of Record (via ECF)
Hon. Henry Pitman at <HPitman@jamsadr.com>