GETMAN, SWEENEY & DUNN, PLLC

Getman, Sweeney & Dunn, PLLC<br>
Attorneys at Law<br>
260 Fair Street<br>
Kingston, N.Y. 12401<br>
845-255-9370<br>
fax 845-255-8649

August 28, 2023



**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>Crespo et al. v. Sackman Enterprises, Inc. et al., 22-cv-02146 (KPF)(OTW)</u>

Dear Judge Failla:

    Plaintiffs, on behalf of both parties, would like to respectfully request that the status conference currently scheduled for August 31, 2023 be adjourned for three weeks.

    Last Friday, Defendants' Counsel, reached out to the undersigned and made a number of proposals that Plaintiffs are considering. The Parties hope that we will be able to reach agreements without the intervention of the Court. However, there might still be a need for the Court's assistance.

    We thank the Court for your kind attention and assistance.

                                                   Respectfully submitted,

                                                   */s/ Karen Kithan Yau*

                                                   Karen Kithan Yau

cc:    Counsel of Record (via ECF)

Application GRANTED.  The status conference previously scheduled for August 31, 2023, is hereby ADJOURNED to **September 21, 2023,** at **3:00 p.m.**  The conference will be held in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:    August 28, 2023                SO ORDERED.
         New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE