**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
SANTIAGO CRESPO and DAYANARA
NAVARRO, ADMINISTRATOR OF THE
ESTATE OF ALEXANDER NAVARRO,

                             Plaintiffs,

        -against-

SACKMAN ENTERPRISES INC., VALSAC
906 LLC, VALSAC 908 LLC, COOPER
STREET LLC, LIBERTY REGIONAL
CENTER LLC, 208/210 REALTY CO. LLC,
212/214 REALTY CO. LLC, KIWI REALTY
LLC, and BECKHAM REALTY LLC, and
any other related individuals and/or entities,

                             Defendants.
---------------------------------------------------------X

Case No. 22-cv-2146(KPF)

**JUDGMENT**

      **WHEREAS**, on or about September 1, 2022, the Estate of Alexander Navarro ("Navarro"), through his attorneys, Getman, Sweeney & Dunn, PLLC, filed an amended complaint against Defendants Sackman Enterprises Inc. et al. in which the Estate asserted various claims and alleged that it is entitled to, inter alia, unpaid overtime compensation, unpaid wages, liquidated damages, statutory penalties, and attorneys' fees and costs pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201 et seq., and other statutes related to an alleged failure to pay proper wages owed to the deceased Alexander Navarro;

      **WHEREAS**, on April 21, 2023, Dayanara Navarro, Administrator of the Estate of Alexander Navarro was substituted as a party in the Action in the place of the "Estate of Alexander Navarro;"

      **WHEREAS**, on November 15, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendants Sackman Enterprises Inc. et al. made an offer of judgment to Plaintiff Dayanara Navarro, Administrator of Navarro Estate in the amount of fifty-three thousand two hundred and twenty dollars ($53,220.00), inclusive of all attorneys' fees and costs, to settle and terminate the Action; and,

      **WHEREAS**, on November 22, 2023, Plaintiff Dayanara Navarro, Administrator of Navarro Estate accepted this offer of judgment;

The Court hereby renders judgment in favor of Plaintiff Dayanara Navarro, Administrator of The Estate of Alexander Navarro and against Defendants Sackman Enterprises Inc. et al., in the amount of fifty-three thousand two hundred and twenty dollars ($53,220.00), inclusive of all attorneys' fees and costs; and declares that Defendants Sackman Enterprises Inc. et al.'s liability

under the judgment have been fully satisfied and the clerk is hereby authorized and directed to cancel and discharge same as against Defendants.

Date: December 22, 2203
     New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA

UNITED STATES DISTRICT JUDGE